AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Duane Morris, LLP
was received by me on *(date)* 1/18/12 .

☐ I personally served the summons on the individual at *(place)* 1540 Broadway, NY NY 10036, 12TH FL.  on *(date)* 1/24/12 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ —0— for travel and $ —0— for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 1/25/12

*Server's signature* [signed]

Anthony M. Bentley
*Printed name and title*

116 W 72d St NY 10023
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| ALEC J. MEGIBOW, M.D., M.P.H., F.A.C.R., INDIVIDUALLY, AND ON BEHALF OF ALL SIMILARLY SITUATED, <br> *Plaintiff* <br> v. <br> CARON.ORG, D/B/A<sup>N</sup>CARON NEW YORK, DUANE MORRIS, LLP, WOLFBLOCK LLP, AND MASTER DANA B. KLINGES, ESQ., <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 1:12-CV-0075 (DNH/ATB) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
DUANE MORRIS, LLP
1540 BROADWAY
NEW YORK NY 10036-4086

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANTHONY M. BENTLEY
A.M. BENTLEY, P.C.
116 WEST 72ND STREET #4B
NEW YORK NY 10023
212.459.4067  FAX 212.877.2858  eMail: ambentley@nyc.rr.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

/s/Lawrence K. Baerman
Clerk of Court

Date: 1/17/12

/s/Wendy Lindskoog
*Signature of Clerk or Deputy Clerk*