AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| ALEC JEFFREY MEGIBOW, M.D., M.P.H., F.A.C.R., ) | |
| _Plaintiff_ ) | |
| v. ) | Case No. 1:12-CV-0075 (DNH/ATB) |
| CARON.ORG d/b/a CARON NEW YORK, et al. ) | |
| _Defendant_ ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Caron.Org d/b/a Caron New York, Duane Morris LLP, WolfBlock LLP, and Dana B. Klinges.

Date: 02/13/2012

_Fran M. Jacobs_
_Attorney's signature_

Fran M. Jacobs   (601605)
_Printed name and bar number_

DUANE MORRIS LLP
1540 Broadway
New York, NY  10036

_Address_

fmjacobs@duanemorris.com
_E-mail address_

(212) 692-1060
_Telephone number_

(212) 692-1020
_FAX number_