UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALEC JEFFREY MEGIBOW, M.D., M.P.H.,
F.A.C.R., individually, and on behalf of all
similarly situated,

                Plaintiff,                         Case No. 1:12-CV-0075 (DNH/ATB)

               -against-                       <u>RULE 7.1 STATEMENT</u>

CARON.ORG d/b/a CARON NEW YORK,
DUANE MORRIS, LLP, WOLFBLOCK LLP,
and MASTER DANA B. KLINGES, ESQ.,

              Defendants.
-------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

      None

Dated: February 13, 2012                                    *Fran M. Jacobs*
                                                            Fran M. Jacobs

                                                      Attorney Bar Code: 601605

DM2\3216236.1