UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ALEC JEFFREY MEGIBOW, M.D., M.P.H.,
F.A.C.R., individually, and on behalf of all
similarly situated,

            Plaintiff,

            -against-

CARON.ORG d/b/a CARON NEW YORK,
DUANE MORRIS, LLP, WOLFBLOCK LLP,
and MASTER DANA B. KLINGES, ESQ.,

            Defendants.
-------------------------------------------------------------------X

Case No. 1:12-CV-0075 (DNH/ATB)

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK  )
                           : ss.:
COUNTY OF NEW YORK  )

      FRAN M. JACOBS, being duly sworn, deposes and says:

      1.     I am a member of the firm of Duane Morris LLP, attorneys for defendants in this action.

      2.     I am over 18 years of age and am not a party to this action.

      3.     On March 12, 2012, I electronically served a (1) Memorandum of Law in Support of Defendants' Motion to Dismiss and (2) Reply Declaration in Support of Motion to Dismiss counsel for Plaintiff and delivered to Federal Express for overnight delivery, a true and correct copy of the same, properly enclosed in a prepaid Federal Express wrapper addressed to counsel at the following address designated by them for that purpose:

DM2\3228564.1

Anthony M. Bentley, P.C.
116 West 72nd Street
New York, NY  10023
(212) 459-4067
Attorney for Plaintiff

*Fran M. Jacobs*
FRAN M. JACOBS

Sworn to before me this
12th day of March 2012

*Concetta J. Caracciolo*
Notary Public

CONCETTA J. CARACCIOLO
Notary Public, State of New York
No. 01CA4707638
Qualified in Nassau County
Commission Expires Apr. 30, 20 15

2

DM2\3228564.1