# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

---

ALEC J. MEGIBOW, M.D., M.P.H., F.A.C.R., individually and on behalf of all similarly situated,

    Plaintiff,

vs.

CARON.ORG, d/b/a Caron New York; DUANE MORRIS, LLP; WOLFBLOCK LLP; and MASTER DANA B. KLINGES, Esq.,

    Defendants.

---

CASE NUMBER: 1:12-CV-0075 (DNH/ATB)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the complaint is DISMISSED in its entirety with prejudice.

All of the above pursuant to the order of the Honorable Judge David N. Hurd, dated the 24th day of September, 2012.

DATED: September 25, 2012

*Lawrence K. Baerman* (signature)
Clerk of Court

s/Susan Evans
Deputy Clerk

Entered on Docket: 9/25/12     se
                    Date      By